**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHARLES M. VANCHIERI,

                Plaintiff,           21 **CIVIL** 5417 (JPO)(DCF)

      -v-                       **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 9, 2021, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:**  New York, New York
            November 9, 2021

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                        **Clerk of Court**
                       **BY:**    *K. Mango*
                                                       _____
                                                       **Deputy Clerk**